# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                      Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                      Plaintiff,<br>         vs.<br><br>MARK GOLDFINGER, an individual,<br><br>                      Defendant. | Adversary Proceeding<br>Case No. 19-50920 (BLS) |

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Pursuant to this Court's September 3, 2020, scheduling order (the "Scheduling Order"), plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendant Mark Goldfinger, stipulate as follows:

1. Leslie A. Berkoff, Esquire, of Moitt Hock & Hamroff LLP shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

2. The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator. The parties will select a date for commencement of the mediation.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

2

STIPULATED AND AGREED:

Dated: November 30, 2020

PACHULSKI STANG ZIEHL & JONES LLP

| */s/ Colin R. Robinson* | */s/ Mark Goldfinger* |
|---|---|
| Bradford J. Sandler (DE Bar No. 4142) | Mark Goldfinger |
| Andrew W. Caine (CA Bar No. 110345) | 1115 S Elm Drive, #212 |
| Colin R. Robinson (DE Bar No. 5524) | Los Angeles, CA 90035 |
| 919 North Market Street, 17th Floor | |
| P.O. Box 8705 | *Pro Se Defendant* |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|       acaine@pszjlaw.com | |
|       crobinson@pszjlaw.com | |

*Counsel to Plaintiff*